IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EILEEN CARRY )
)
v. ) NO. 3-11-0446
) JUDGE CAMPBELL
DEBRA GONZALEZ, et al. )

ORDER

Pending before the Court are two Reports and Recommendations of the Magistrate Judge (Docket Nos. 17 and 19), to which no Objections have been filed. The Court has reviewed the Reports and Recommendations and the file. The Reports and Recommendations are adopted and approved.

Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE